Shannon E. Oltarzewski, SBN 191269
LPLM Tax Attorneys, Inc.
1902 Wright Place, Suite 200
Carlsbad, CA 92008
Telephone (760) 730-5395
Facsimile (760) 754-2443
shannon@lplmtaxattorneys.com

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

PAUL S. BANNER,

PLAINTIFF(S)

v.

CFM CORPORATION, A Delaware Corporation; HOMECOMINGS FINANCIAL, LLC, A Delaware Limited Liability Corporation; GMAC MORTGAGE, LLC, A Delaware Corporation; TARGA SALE, a Sole Proprietorship; EXECUTIVE TRUSTEE SERVICES, LLC dba ETS SERVICES, LLC, a Delaware Corporation; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, as Nominee for Lender and Lender's Successors and Assigns; STEVEN KESSEDJIAN, an individual; and DOES 1-10

DEFENDANT(S).

CASE NUMBER

CV 09-7525 PA (AJWx)

**PROOF OF SERVICE
SUMMONS AND COMPLAINT**
(Use separate proof of service for each person/party served)

1. At the time of service I was at least 18 years of age and not a party to this action and **I served** copies of the (*specify documents*):

   ☑ summons           ☐ first amended complaint       ☐ third party complaint
   ☑ complaint         ☐ second amended complaint      ☐ counter claim
   ☐ alias summons     ☐ third amended complaint       ☐ cross claim

   ☑ other: (*specify*): Civil Cover Sheet, Notice of Pilot ADR Program, NOTICE OF ASSIGNMENT, CERTIFICATION OF NOTICE OF INTERESTED PARTIES

2. **Person served**:
   a. ☑ Defendant (*name*): SEE ATTACHED LIST
   b. ☐ Other (*specify name and title or relationship to the party/business named*):

   c. ☑ Address where papers were served: SEE ATTACHED LIST

3. **Manner of Service** in compliance with (one box **must** be checked):
   a. ☑ Federal Rules of Civil Procedure
   b. ☐ California Code of Civil Procedure

4. **I served** the person named in Item 2:
   a. ☐ By **Personal service**. By personally delivering copies. If the person is a minor, by leaving copies with a parent, guardian, conservator or similar fiduciary and to the minor if at least twelve (12) years of age.
      1. ☐ **Papers were served on** (*date*): _____ at (*time*): _____.
   b. ☐ By **Substituted service**. By leaving copies:
      1. ☐ (**home**) at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household, at least 18 years of age, who was informed of the general nature of the papers.
      2. ☐ (**business**) or a person apparently in charge of the office of place of business, at least 18 years of age, who was informed of the general nature of the papers.
      3. ☐ **papers were served on** (*date*): _____ at (*time*): _____.
      4. ☐ **by mailing** (by first-class mail, postage prepaid) copies to the person served in Item 2(b) at the place where the copies were left in Item 2(c).
      5. ☐ **papers were mailed on** (*date*): _____.
      6. ☐ **due diligence**. I made at least three (3) attempts to personally serve the defendant. **(Attach separate declaration regarding due diligence).**
   c. ☑ **Mail and acknowledgment of service**. By mailing (by first-class mail or airmail, postage prepaid) copies to the person served, with two (2) copies of the form of Waiver of Service of Summons and Complaint and a return envelope, postage prepaid addressed to the sender. **(Attach completed Waiver of Service of Summons and Complaint).**

d. ☐ **Service on domestic corporation, unincorporated association (including partnership), or public entity (F.R.Civ.P. 4(h)) (C.C.P. 416.10).** By delivering, during usual business hours, a copy of the summons and complaint to an officer, a managing or general agent, or to any other agent authorized by appointment or by law to receive service of process and, if the agent is one authorized by statute and the statute so requires, by also mailing, by first-class mail, postage prepaid, a copy to the defendant.

e. ☐ **Substituted service on domestic corporation, unincorporated association (including partnership), or public entity (C.C.P. 415.20 only).** By leaving during usual office hours, a copy of the summons and complaint in the office of the person served with the person who apparently was in charge and thereafter by mailing (by first-class mail, postage prepaid) copies to the persons at the place where the copies were left in full compliance with C.C.P. 415.20. Substitute service upon the California Secretary of State requires a court order. **(Attach a copy of the order to this Proof of Service).**

f. ☐ **Service on a foreign corporation.** In any manner prescribed for individuals by FRCP 4(f).

g. ☐ **Certified or registered mail service.** By mailing to an address outside California (by first-class mail, postage prepaid, requiring a return receipt) copies to the person served. **(Attach signed return receipt or other evidence of actual receipt by the person served).**

h. ☐ **Other** (specify code section and type of service):

5. Service upon the **United States, and Its Agencies, Corporations or Officers**.
   a. ☐ by delivering a copy of the summons and complaint to the clerical employee designated by the U.S. Attorney authorized to accept service, pursuant to the procedures for the Office of the U.S. Attorney for acceptance of service, or by sending a copy of the summons and complaint by registered or certified mail addressed to the civil process clerk at the U.S. Attorneys Office.

   Name of person served:

   Title of person served:

   Date and time of service: (*date*): _____ at (*time*): _____.

   b. ☐ By sending a copy of the summons and complaint by registered or certified mail to the Attorney General of the United States at Washington, D.C. **(Attach signed return receipt or other evidence of actual receipt by the person served).**
   c. ☐ By sending a copy of the summons and complaint by registered or certified mail to the officer, agency or corporation **(Attach signed return receipt or other evidence of actual receipt by the person served).**

6. At the time of service I was at least 18 years of age and not a party to this action.

7. Person serving (name, address and telephone number):

   Angel G. Coronel
   1902 Wright Place, Suite 200, Carlsbad, CA 92008
   760-730-5395

   a. ☐ Fee for service: $
   b. ☒ Not a registered California process server
   c. ☐ Exempt from registration B&P 22350(b)
   d. ☐ Registered California process server

8. ☐ I am a California sheriff, marshal, or constable and I certify that the foregoing is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

11-9-09
Date

*[signature]*
Signature

| | |
|---|---|
| 1 | Agent for Service of Process in Delaware |
| | CFM Corporation |
| 2 | 704 N. King Street, Suite 500 |
| | PO Box 1031 |
| 3 | Wilmington, DE  19899 |
| 4 | |
| | Agent for Service of Process in California for |
| 5 | CFM Corporation |
| | 16000 Ventura Boulevard |
| 6 | Encino, California  91436 |
| 7 | |
| | Officer of the Corporation |
| 8 | CFM Corporation |
| | 16060 Ventura, Suite 105-327 |
| 9 | Encino, California  91436 |
| 10 | |
| | Agent for Service of Process in Delaware |
| 11 | Homecomings Financial LLC |
| | CSC |
| 12 | 2711 Centerville Road Suite 400 |
| 13 | Wilmington, DE  19808 |
| 14 | Agent for Service of Process in California |
| | Homecomings Financial LLC |
| 15 | CSC |
| 16 | One Meridian Crossings Suite 100 |
| | Minneapolis, MN  55423 |
| 17 | |
| 18 | Officer of Corporation |
| | Homecomings Financial LLC |
| 19 | 188 106th Avenue NE, Suite 600 |
| | Bellevue, WA  98004 |
| 20 | |
| 21 | Agent for Service of Process in California |
| | GMAC Mortgage LLC |
| 22 | CSC |
| | 2730 GATEWAY OAKS DR STE 100 |
| 23 | SACRAMENTO, CA 95833 |
| 24 | |
| | Officer of Corporation |
| 25 | GMAC Mortgage, LLC |
| | PO Box 4622 |
| 26 | Waterloo, IA  50704-4622 |
| 27 | |
| 28 | |

CERITIFCATE OF SERVICE AND MASTER MAILING LIST - 2

| | |
|---|---|
| 1 | |
| 2 | Targa Sale/Targa Escrow<br>16133 Ventura Boulevard, Suite 700<br>Encino, CA 91436 |
| 3 | |
| 4 | Targa Sale/Targa Escrow<br>16133 Ventura Boulevard, Suite 700<br>Encino, CA 91436 |
| 5 | |
| 6 | Agent for Service of Process in Delaware for<br>Executive Trustee Services, LLC<br>CSC<br>2711 Centerville Road Suite 400<br>Wilmington, DE  19808 |
| 7 | |
| 8 | |
| 9 | |
| 10 | Officer of the Corporation<br>Executive Trustee Services, LLC<br>2255 N ONTARIO ST STE 400<br>BURBANK, CA 91504 |
| 11 | |
| 12 | |
| 13 | Agent for Service of Process in California for<br>Mortgage Electronic Registration Systems Inc<br>John Brosnan<br>3321 Vincent Road<br>Pleasant Hill, CA 94523 |
| 14 | |
| 15 | |
| 16 | |
| 17 | Mortgage Electronic Registration Systems Inc<br>3321 Vincent Road<br>Pleasant Hill, CA 94523 |
| 18 | |
| 19 | William Partridge<br>Pite Duncan LLC<br>Attorney for GMAC Mortgage LLC<br>4375 Jutland Drive, Suite 200<br>San Diego, CA  92117 |
| 20 | |
| 21 | |
| 22 | |
| 23 | Paul S. Banner<br>1140 W. Slauson Avenu<br>Los Angeles, CA  90044 |
| 24 | |
| 25 | Shannon E. Oltarzewski<br>LPLM Tax Attorneys, Inc.<br>4900 Hopyard Road, Suite 100<br>Pleasanton, California  94588 |
| 26 | |
| 27 | |
| 28 | |

CERITIFCATE OF SERVICE AND MASTER MAILING LIST - 3